# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

KEITH TILSON                                                                        PLAINTIFF

V.                                    4:09-cv-00867-BSM-JJV

MATTHEW, Corporal, Faulkner County Detention
Center; LUMPKINS, Nurse, Faulkner County
Detention Center; STEWART, Dr., Faulkner
County Detention Center; and FAULKNER COUNTY         DEFENDANTS

## ORDER

The court has reviewed the Proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After carefully reviewing the recommendation and reviewing the record *de novo*, it is concluded that the recommended disposition should be adopted, and hereby is, approved and adopted as this court's findings in all respects in its entirety.

IT IS THEREFORE ORDERED that:

1. This action is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2).

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

IT IS SO ORDERED this <u>15th</u> day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE