IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**KEITH TILSON**                                                                                         **PLAINTIFF**

**v.**                                     **4:09-cv-00867-BSM-JJV**

**MATTHEW, Corporal, Faulkner County Detention
Center; LUMPKINS, Nurse, Faulkner County
Detention Center; STEWART, Dr., Faulkner
County Detention Center; and FAULKNER COUNTY**                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, it is considered, ordered, and adjudged, that this case be DISMISSED WITHOUT PREJUDICE. Furthermore, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

IT IS SO ORDERED this <u>15th</u> day of January, 2010.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE